SPENCER W. WALDRON, SBN 284029
E-Mail  swaldron@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendants
EMPLOYER FLEXIBLE HR INCORPORATED; and EMPLOYER FLEXIBLE MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RENE LOPEZ, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYER FLEXIBLE HR, LLC; EMPLOYER FLEXIBLE HR INCORPORATED; EMPLOYER FLEXIIBLE MANAGEMENT, LLC; and DOES 1 TO 10,<br><br>Defendants. | Case No:  2:19-CV-02408-DMG-JEM<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (L. Rule 7-1, FRCP 6)**<br><br>Complaint Filed:   March 29, 2019<br>Trial Date:         None Set |

PURSUANT TO LOCAL RULES OF PRACTICE FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, it is hereby stipulated by and between Plaintiff RENE LOPEZ ("Plaintiff") and Defendants EMPLOYER FLEXIBLE HR INCORPORATED and EMPLOYER FLEXIIBLE MANAGEMENT, LLC ("Defendants"), by and through their respective counsel, that Defendants' time to respond to Plaintiff's complaint shall be extended by 30 days until May 27, 2019.

The parties agree to this stipulation in the interests of convenience and

judicial economy, recognizing that there is good cause for such an extension of time. Defendants believe that Plaintiff executed a valid and enforceable arbitration agreement which prohibits adjudication of his claims on a class-wide bases. The parties would like to have additional time to meet and confer on this issue before engaging in any unnecessary motion practice, and therefore agree and stipulate to extending the time for Defendants to file a responsive pleading.

**IT IS SO STIPULATED.**

Dated: April 26, 2019          Respectfully submitted,

KINGSLEY & KINGSLEY, APC

By: */s/ Darren M. Cohen*
DARREN M. COHEN
Attorneys for Plaintiff RENE LOPEZ, on behalf of himself and others similarly situated

Dated: April 26, 2019          Respectfully submitted,

FISHER & PHILLIPS LLP

By: */s/ Spencer W. Waldron*
SPENCER W. WALDRON
Attorneys for Defendants
EMPLOYER FLEXIBLE HR INCORPORATED; and EMPLOYER FLEXIBLE MANAGEMENT, LLC

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On April 26, 2019, I served the foregoing document entitled **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (L. Rule 7-1, FRCP 6)** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Darren M. Cohen, Esq.<br>Kingsley & Kingsley, APC<br>16133 Ventura Blvd., Suite 1200<br>Encino, CA 91436 | Attorneys for Plaintiff<br>RENE LOPEZ, on behalf of himself and others similarly situated<br><br>T: 818-990-8300<br>F: 818-990-2903 |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FAX]** - I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). *The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration and/or no error was reported by the machine.*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed [Date] at Irvine, California.

LINDA SAMSON                               By: /s/ Linda Samson
 Print Name                                         Signature

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
CERTIFICATE OF SERVICE