JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| RENE LOPEZ, an individual, on behalf of himself and others similarly situated, | Case No.: CV 19-2408-DMG (JEMx) |
| --- | --- |
| Plaintiff, | **ORDER RE DISMISSAL OF ENTIRE ACTION [22]** |
| vs. | |
| EMPLOYER FLEXIBLE HR, LLC; EMPLOYER FLEXIBLE HR INCORPORATED; EMPLOYER FLEXIIBLE MANAGEMENT, LLC; and DOES 1 TO 10, | |
| Defendants. | |

-1-

Having read and considered the Parties' Joint Stipulation for an Order of Dismissal, and finding good cause, the Court APPROVES the Stipulation and orders that:

1. The individual claims of Plaintiff RENE LOPEZ against Defendants EMPLOYER FLEXIBLE HR, LLC (formerly doing business as EMPLOYER FLEXIBLE HR INCORPORATED) and EMPLOYER FLEXIIBLE MANAGEMENT, LLC are dismissed in their entirety without prejudice.

2. All claims as to the putative class against Defendants EMPLOYER FLEXIBLE HR, LLC (formerly doing business as EMPLOYER FLEXIBLE HR INCORPORATED) and EMPLOYER FLEXIIBLE MANAGEMENT, LLC are dismissed in their entirety without prejudice.

3. Each Party shall bear its own costs and fees.

DATED:  September 6, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE